**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; and CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CLINE CONSTRUCTION SERVICES, INC., an Indiana corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.:<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

NOW COME the Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND ("collectively, the "Trust Funds"), and the CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS ("Union") (the Trust Funds and Union collectively referred to as "Plaintiffs"), by and through their attorneys, JOHNSON &

KROL, LLC, complaining of the Defendant, CLINE CONSTRUCTION SERVICES, INC., ("Cline Construction" or "Defendant"), and allege as follows:

## JURISDICTION AND VENUE

1. This action arises under Section 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") (29 U.S.C. §§ 1132 and 1145) and Section 301 of the Labor-Management Relations Act. (29 U.S.C. § 185). The Court has jurisdiction over the subject matter of the action pursuant to 29 U.S.C. §§132(e)(1) and 1145, as well as 28 U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the Trust Funds are administered, among other places, within the jurisdiction of the United States District Court, Southern District of Indiana, Indianapolis Division and a substantial portion of the events or omissions giving rise to Plaintiffs' claims occurred within the jurisdiction of the United States District Court, Southern District of Indiana, Indianapolis Division.

## PARTIES

3. The Trust Funds receive contributions from numerous employers pursuant to collective bargaining agreements ("CBAs"), and therefore, are multiemployer benefit plans as defined by 29 U.S.C. § 1002(37).

4. The Trust Funds were established and are administered pursuant to the terms and provisions of certain Agreements and Declarations of Trust ("Trust Agreements").

5. Pursuant to Sections 502(a)(3) and 515 of ERISA (29 U.S.C. §§ 1132 and 1145), the Trust Funds are authorized to bring this action on behalf of their participants and beneficiaries for the purpose of collecting unpaid contributions.

6. The Union is a labor organization whose duly authorized officers or agents are engaged in representing or acting for employee members within this judicial district.

7. The Union is the bargaining representative of Cline Construction's bargaining unit employees.

8. Cline Construction is an Indiana corporation with its principal place of business in New Palestine, Indiana.

## COUNT I
## BREACH OF THE COLLECTIVE BARGAINING AGREEMENTS

9. Plaintiffs re-allege and incorporate the allegations contained in Paragraphs 1-8 of this Complaint with the same force and effect as if fully set forth herein.

10. Cline Construction is an employer engaged in an industry affecting commerce.

11. Through a Memorandum of Agreement ("MOA"), Cline Construction to be bound by the Union's various CBAs. (A copy of the MOA is attached as **Exhibit 1**).

12. Through the CBAs, Cline Construction agreed to be bound by the Trust Funds' Trust Agreements.

13. Pursuant to the provisions of the CBAs and Trust Agreements, Cline Construction is required to make monthly reports of the number of hours worked by its covered employees ("monthly remittance reports") and pay contributions to the Trust Funds and wage deductions to the Union on or before the twentieth (20th) day following the month in which the work is performed.

14. Pursuant to the power granted to them through the Trust Agreements, the Trustees of the Trust Funds adopted a Collections and Payroll Audit Policy ("Collections Policy"), which governs the collection of delinquent employer contributions and the performance of payroll compliance audits.

15. Pursuant to Section 502(g)(2) of ERISA and the Trust Agreements, employers who fail to submit their monthly remittance reports and contributions to the Trust Funds shall be responsible for payment of the attorneys' fees and costs associated with the collection of the delinquent contributions.

16. Cline Construction failed to timely remit contributions and wage deductions to Plaintiffs for the work months of December 2021, May 2024, June 2024, July 2024, and August 2024.

17. As a result of Cline Construction's failure to timely remit contributions and wage deductions to Plaintiffs for the months of December 2021 and May 2024, June 2024, July 2024, and August 2024, Cline Construction owes Plaintiffs contributions, wage deductions, interest, and liquidated damages in the aggregate amount of $47,214.75 itemized below:

| Month: | Type: | Amount: |
|---|---|---|
| December 2021 | Contributions | $12,024.60 |
| December 2021 | Interest | $1,202.46 |
| December 2021 | Liquidated Damages | $1,202.46 |
| May 2024 | Interest | $1,952.22 |
| May 2024 | Liquidated Damages | $1,952.22 |
| June 2024 | Interest | $1,551.72 |
| June 2024 | Liquidated Damages | $1,551.72 |
| July 2024 | Interest | $990.32 |
| July 2024 | Liquidated Damages | $990.32 |
| August 2024 | Contributions | $19,830.59 |
| August 2024 | Interest | $1,983.06 |
| August 2024 | Liquidated Damages | $1,983.06 |
| | Total: | **$47,214.75** |

18. Cline Construction also failed to submit its monthly remittance report for the work month of September 2024, and therefore, owes Plaintiffs unpaid contributions, wage deductions, interest, and liquidated damages in an unknown amount.

19. Cline Construction has a continuing obligation to pay contributions and wage deductions to Plaintiffs and, as a result, additional monies may be owed.

20. Plaintiffs have been required to employ the undersigned attorneys to collect the monies that are due and owing from Cline Construction.

21. Cline Construction is obligated to pay the reasonable attorneys' fees and court costs incurred by Plaintiffs pursuant to the CBAs, Trust Agreements, Collections Policy, and 29 U.S.C. § 1132(g)(2)(D).

**WHEREFORE,** Plaintiffs respectfully request that:

A. Cline Construction be ordered to submit all of its outstanding monthly remittance reports, including its monthly remittance reports for the work month of September 2024, and pay the delinquent contributions, wage deductions, interest, and liquidated damages revealed to be due and owing;

B. Judgment be entered in favor of Plaintiffs and against Cline Construction in the aggregate amount of $47,214.75, itemized as follows:

   i. $12,024.60 in contributions and wage deductions for the month of December 2021;

   ii. $19,830.59 in contributions and wage deductions for the month of August 2024;

   iii. $7,679.80 in interest for the months of December 2021 and May 2024 through August 2024; and

   iv. $7,679.80 in liquidated for the months of December 2021 and May 2024 through August 2024.

C. Judgment be entered in favor of Plaintiffs and against Cline Construction for any amounts discovered to be owed in addition to those set forth in Paragraphs A and B above;

D. Cline Construction be ordered to pay the reasonable attorneys' fees and costs incurred by Plaintiffs pursuant to the CBAs, Trust Agreements, Collections Policy, and 29 U.S.C. § 1132(g)(2)(D); and

E. Plaintiffs have such other and further relief that the Court may deem just and equitable all at Cline Construction's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

Respectfully submitted,

**INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND** *et al.*

/s/ Natalya J. Cross
Natalya J. Cross (36423-49)
*One of Plaintiff's Attorneys*
Johnson & Krol, LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Phone: (317) 864-3587
Facsimile: (312) 255-0449
cross@johnsonkrol.com