UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No.: 1:24-cv-02011-MPB-MJD |
| CLINE CONSTRUCTION SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.* ("Plaintiffs"), and the Defendant CLINE CONSTRUCTION SERVICES, INC. ("Defendant"), by and through respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

WHEREAS, the Parties in this matter have resolved the Plaintiffs' claims, and the Parties stipulate to the dismissal of the above-captioned matter without prejudice.

**NOW, THERFORE, THE PARTIES HEREBY STIPULATE THAT:**

1.  This above-captioned matter is dismissed without prejudice.

Respectfully submitted,

| | |
|---|---|
| **INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*** | **CLINE CONSTRUCTION SERVICES, INC.** |
| /s/ Adam Y. Decker<br>Adam Y. Decker (36407-53)<br>JOHNSON & KROL, LLC | /s/ Todd A. Miller (*with permission*)<br>Todd A. Miller (6216561)<br>ALLOCCO, MILLER, & CAHILL, P.C. |

| | |
|---|---|
| 11611 N. Meridian Street, Suite 310<br>Carmel, Indiana 46032<br>Phone: (317) 754-8720<br>Fax: (312) 255-0449<br>decker@johnsonkrol.com<br><br>*Attorney for Plaintiffs* | 20 N. Wacker Drive, Suite 3517<br>Chicago, IL 60606<br>Phone: (312) 675-4325<br>Fax: (312) 675-4326<br>tam@alloccomiller.com<br><br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on October 6, 2025, a copy of the foregoing **Stipulation of Dismissal** was served on all parties via operation of the Court's CM/ECF filing system.

                /s/ Adam Y. Decker
                Adam Y. Decker (36407-53)
                *One of Plaintiffs' Attorneys*