Dismissal without prejudice acknowledged [36]. The Clerk is directed to close this case.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Dated: October 7, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

INDIANA STATE COUNCIL OF            )
CARPENTERS PENSION FUND *et al.*,   )
                                    )
    Plaintiffs,   )
                                    )
    vs.           )   Case No.: 1:24-cv-02011-MPB-MJD
                                    )
CLINE CONSTRUCTION SERVICES, INC.,  )
                                    )
    Defendant.    )

## STIPULATION OF DISMISSAL

    The Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al*. ("Plaintiffs"), and the Defendant CLINE CONSTRUCTION SERVICES, INC. ("Defendant"), by and through respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

    WHEREAS, the Parties in this matter have resolved the Plaintiffs' claims, and the Parties stipulate to the dismissal of the above-captioned matter without prejudice.

### NOW, THERFORE, THE PARTIES HEREBY STIPULATE THAT:

1.    This above-captioned matter is dismissed without prejudice.

Respectfully submitted,

| **INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*** | **CLINE CONSTRUCTION SERVICES, INC.** |
|---|---|
| /s/ Adam Y. Decker | /s/ Todd A. Miller (*with permission*) |
| Adam Y. Decker (36407-53) | Todd A. Miller (6216561) |
| JOHNSON & KROL, LLC | ALLOCCO, MILLER, & CAHILL, P.C. |